No. 724. HARRY F. SINCLAIR AND ALBERT B. FALL *v.* UNITED STATES. December 6, 1926. Petition for a writ of certiorari to the Court of Appeals of the District of

Columbia denied. *Messrs. George P. Hoover, Martin W. Littleton, J. W. Zevely, Henry A. Wise,* and *Levi Cooke* for petitioners. *Messrs. Atlee Pomerene, Owen J. Roberts,* and *Peyton Gordon* for the United States.